UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-012-D-12

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | |
| SHAOINA MARIE SMITH | |

Before the Court for consideration is the motion of Shaoina Marie Smith, through Standing Order 19-SO-3 counsel, requesting that this Court enter an order directing the United States to respond to Ms. Smith's First *pro se* Motion for Compassionate Release [D.E. 851] and Second Motion for Compassionate Release [D.E. 928] within 14 days. Appointed counsel has filed a Notice informing the Court that counsel will not file a supplemental memorandum to the *pro se* motions. For cause shown, the Court ORDERS that the government shall respond to Ms. Smith's pro se filings for compassionate release on or before ___6___ May 2021.

SO ORDERED this _22_ day of _April_ 2021.

HON. JAMES C. DEVER III
United States District Court Judge